## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

JAMES C. HUMR,

                                      **CASE NO. 2:11-CV-0546**

      **Petitioner,**               **JUDGE GRAHAM**

                                        **MAGISTRATE JUDGE ABEL**

      **v.**

**MICHELE MILLER, WARDEN,**
**BELMONT CORRECTIONAL INSTITUTION,**

      **Respondent.**

## OPINION AND ORDER

On April 4, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, and Petitioner was granted an extension of time to file his objections, no objections have been filed.

The *Report and Recommendation* (Doc. 11) is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

      **IT IS SO ORDERED**.

Date: June 6, 2012                                s/James L. Graham

                                                   James L. Graham
                                                   United States District Judge